### STATE ex Hollo v INDUST COMM.

Ohio Supreme Court

No. 21903. Decided Oct. 23, 1929

Syllabus by DAY, J.

**EMPLOYER & EMPLOYE**

(250 Ib) While an award made under the Industrial Commission Act for an injury to an employe and an additional award made for violation of a specific requirement causing such injury, are separate and distinct awards, yet, growing out of the same probative facts and affecting the same parties, they are to be regarded

as so interdependent that the Commission, under the discretion given it by **1465-86 GC,** may make such modifications or changes with reference to either of said awards as in its opinion are justified.

Marshall, CJ., Kinkade and Matthias, JJ., concur. Robinson and Jones, JJ., not participating.